MARTHA TURNER, RESPONDENT, *v.* UNION NA-
TIONAL BANK, DEFENDANT, FRANK KIMBALL,
SPECIAL ADMINISTRATOR, INTERVENOR, APPELLANT.

(No. 419.   Decided June 4, 1894.   37 P. R. 95.)

Action of Martha Turner against Union National Bank
to recover a sum of money on deposit with defendant,
and which she claimed was assigned to her by Minnie
Barton, the depositor. Frank Kimball, special adminis-
trator of the estate of Minnie Barton, intervened, and
from the judgment for plaintiff, appeals. *Reversed.*

*Mr. E. W. Tatlock* and *Mr. W. C. Hall,* for appellant.

*Mr. Samuel McDowall,* for respondent.

MERRITT, C. J.:

In the court below, this case and another case of the
same title, and the case of Martha Turner plaintiff and
respondent, v. Wells, Fargo & Co., defendant, and Frank
Kimball, intervenor and appellant, and also the case of
Martha Turner, plaintiff and respondent, v. Utah Title
Insurance & Trust Company, defendant, and Frank Kim-
ball, intervenor and appellant, were tried together. The
same evidence was heard and considered. The findings of
fact and conclusions of law and the exceptions were sub-
stantially the same, and the same objections and excep-
tions to the admission of evidence, and the same assign-
ment of errors, were made in each case. The pleadings
were alike, and the basis of each action, and the facts and
legal principles involved, were the same. All of these cases
were submitted upon the argument and submission of the
case against the Utah Title Insurance & Trust Company

(decided at the present term), *ante,* p. 61, (37 Pac. 91).
Upon the authority of the decision in that case, the judg-
ment and decree of the court below in this case is reversed,
and the case remanded, with directions to the court below
to enter a judgment and decree in favor of the intervenor,
canceling the assignment, and delivering the same to the
intervenor, and directing the clerk of the court below to
pay over the money in his hands in this case as custodian
of the court to the intervenor.

MINER, BARTCH, and SMITH, JJ., concur.